UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
ROBERT W. BUTLER and JANNIE
BUTLER,

                Plaintiff(s),        JUDGMENT IN A CIVIL CASE

                v.                                CV 05-0547 (LDW)

COUNTY OF SUFFOLK, et al

                Defendant(s).
----------------------------------------------------------x

__XX__ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff Robert W. Butler take nothing of defendants and that judgment is hereby entered in favor of defendants dismissing the complaint with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED

That plaintiff Jannie Butler's claim is dismissed with prejudice by the Court.


Dated: Central Islip, New York        ROBERT C. HEINEMANN
       June 7, 2006                        Clerk of Court

                                                    By: _____
                                                        Josiah Kharjie
                                                        Courtroom Deputy